UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STORYTELLER PRODUCTION CO., LLC,<br><br>    Petitioner,<br><br>v.<br><br>AUDIENT CAPITAL GP LTD. and AUDIENT GLOBAL INVESTMENT FUND I, LP,<br><br>    Respondents. | Case No. 2:24-cv-01664<br><br>**JUDGMENT** |

    In connection with its Amended Petition for Confirmation of Arbitration Award (ECF No. 11), Petitioner Storyteller Production Co., LLC ("Petitioner") and Respondents Audient Capital GP Ltd. and Audient Global Investment Fund I, LP (together, "Respondents") have entered into a "Settlement Agreement and Stipulation for Entry of Judgment" (the "Settlement Agreement"), as well as separate Stipulation for Entry of Judgment (the "Stipulation").

    Petitioner has filed the Stipulation for Entry of Judgment on an *ex parte* basis, as expressly permitted under the terms of the Stipulation. As is expressly permitted under the terms of the Stipulation, Petitioner has also filed a declaration from Christopher S. Floyd, Petitioner's Chief Operating Officer and General Counsel (the "Floyd Declaration"), testifying that the Settlement Payment (as defined in paragraph 3 of the Stipulation was not made either by the Payment Deadline or the Cure Deadline, as those terms are defined in the Stipulation.

    Based upon the terms of the Stipulation and the Floyd Declaration,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That Judgment is entered in favor of Petitioner and against Respondents, jointly and severally, in the following amounts:

    a. $15.5 million in damages;

    b. Prejudgment interest in the amount of $2,165,750.70 through the date of the Final Award;

    c. Further prejudgment interest at the daily rate of $4,246.57 for the period from the issuance of the Final Award on January 30, 2024, until today and, thereafter, from the date of entry of judgment until the Judgment is satisfied in full;

    d. Petitioner's costs of mediation in the amount of $5,225; and

    e. Petitioner's arbitration expenses in the amount of $31,832.

2. That Respondents have waived any objection to venue, subject matter jurisdiction or personal jurisdiction for purposes of the entering the Judgment.

3. That this Judgment is final for all purposes, and Respondents have waived any right to appeal or seek review of this Judgment by a higher court.

4. ~~The Court will retain jurisdiction over the parties to enforce this Judgment.~~

Dated: June 07, 2024

_____
Percy Anderson
United States District Judge